# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

WYOMISSING AREA SCHOOL DISTRICT

v.

ZONING HEARING BOARD OF WYOMISSING BOROUGH, AND WYOMISSING BOROUGH

"STOP THE FENCE" GROUP, MICHAEL GYOMBER, KATHLEEN GYOMBER, SUSAN JENCKES, JOHN LARKIN, JOHN LARKIN JR., KENNETH MATZ, SANDRA MATZ, FREDERICK MOGEL, DENISE MOGEL, KEVIN SCHRODER, KAREN SCHRODER, DAVID TIERNEY AND ELIZABETH TIERNEY,

Intervenors

---

WYOMISSING AREA SCHOOL DISTRICT

v.

WYOMISSING BOROUGH, AND MICHELLE BARE, IN HER OFFICIAL CAPACITY AS THE BUILDING AND ZONING OFFICIAL OF WYOMISSING BOROUGH

"STOP THE FENCE" GROUP, MICHAEL GYOMBER, KATHLEEN GYOMBER, SUSAN JENCKES, JOHN LARKIN, JOHN LARKIN JR., KENNETH MATZ, SANDRA MATZ, FREDERICK MOGEL, DENISE MOGEL, KEVIN SCHRODER, KAREN SCHRODER, DAVID TIERNEY AND ELIZABETH TIERNEY,

Intervenors

No. 116 MAL 2016

Petition for Allowance of Appeal from the Order of the Commonwealth Court

PETITION OF: "STOP THE FENCE"
GROUP, MICHAEL GYOMBER,
KATHLEEN GYOMBER, SUSAN
JENCKES, JOHN LARKIN, JOHN LARKIN
JR., KENNETH MATZ, SANDRA MATZ,
FREDERICK MOGEL, DENISE MOGEL,
KEVIN SCHRODER, KAREN
SCHRODER, DAVID TIERNEY AND
ELIZABETH TIERNEY,

Intervenors

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.